ORIGINAL

FILED

04/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0004

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 23-0004

FILED

APR 11 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE PETITION OF TALASI B. BROOKS FOR
REINSTATEMENT TO ACTIVE STATUS IN             O R D E R
THE BAR OF MONTANA

Talasi B. Brooks has petitioned for reinstatement to active status in the State Bar of Montana. Brooks voluntarily moved to inactive status on January 1, 2016. Brooks has been actively practicing in the State of Idaho since January 28, 2015. The Petition states that Brooks is not subject to disciplinary proceedings or pending disciplinary proceedings, and has not, while on inactive status, been charged with a criminal offense, committed any acts or omissions that would be sanctionable under the Montana Rules of Professional Conduct, accrued delinquent debt or filed for bankruptcy, or failed to fulfill the obligations of a public officer or professional license. Therefore,

IT IS HEREBY ORDERED that the petition of Talasi B. Brooks for reinstatement to active status in the State Bar of Montana is GRANTED. Petitioner shall pay all dues, fees and taxes owing to the State Bar, and within six (6) months shall submit to the Board of Continuing Legal Education, P.O. Box 577, Helena, MT 59624, proof of attendance at thirty (30) hours of approved Continuing Legal Education to be credited to the time Petitioner was on inactive status. This may include approved credits previously obtained by Petitioner during the last two years, if any.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 11 day of April, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices